# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Brian Lumbus, Jr.** ) | |
| ) | Case No. _____ |
| v. ) | |
| **Huntington Bank, et al.** ) | Corporate Disclosure Statement |
| ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant Early Warning Services, LLC ("EWS")** _____.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   __×__ Yes    _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   > **EWS has no parent corporation. The following publicly held companies own 10% or more of EWS: Bank of America, N.A.; Capital One, N.A.; JPMorgan Chase Bank, N.A.; Wells Fargo Bank, National Association; Trust Bank; U.S. Bank National Association; and PNC Bank National Association.**

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? __×__ Yes    _____ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   > **See above.**

| | |
|---|---|
| _(signature)_ | **January 31, 2025** |
| (Signature of Counsel) | (Date) |